CAUSE NO. 14-15-00323-CR

| | | |
|---|---|---|
| EX PARTE | § | IN THE COURT OF APPEALS |
| | § | |
| | § | IN HOUSTON, TEXAS |
| | § | |
| HUGO STEVE RAMIREZ | § | 14TH JUDICIAL DISTRICT |

## **ORDER**

On this the _____ day of _____, 2015, came on to be heard the Appellant's Motion for Extension of Time to File Appellant's Brief and the Court is of the opinion that this Motion should be:

GRANTED, and the deadline for filing the Appellant's brief in Cause No. 14-15-00323-CR is extended to _____ _____, 2015.

DENIED, to which action of the Court the Appellant objects.

SIGNED this the _____ day of _____, 2015.


_____
JUDGE PRESIDING